No. 451. SARAH MARCUS GREENBERG *v*. THE PENNSYLVANIA TRUST COMPANY OF PITTSBURGH, TRUSTEE. November 21, 1927. ·Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Lourie C. Barton* for petitioner. *Mr. Thomas M. Benner* for respondent.

No. 452. MISSOURI PACIFIC RAILROAD COMPANY *v*. JAMES M. RUSSELL. November 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Missouri denied. *Messrs. Edward J. White* and *James F. Green* for petitioner. *Mr. Charles E. Morrow* for respondent.

No. 457. AMERICAN EXCHANGE IRVING TRUST COMPANY *v*. LEON BONNASSE ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Oscar R. Houston* and *D. Roger Englar* for petitioner. *Mr. Homer L. Loomis* for respondents.

No. 458. PATRICK A. McDONNELL *v*. UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. LaRue Brown* and *Wm. B. Sullivan* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. Mahlon D. Kiefer* for the United States.

No. 460. ELMER C. DYER ET AL. *v*. GEORGE A. STAUFFER, MARSHAL, ET AL. November 21, 1927. ·Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. U. G. Denman* and *Her-*